MARTHA BARTHEL, as Administratrix of the Estate of CATHERINE BARTHEL, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Barthel* v. *International Railway Co.*, 179 App. Div. 957, affirmed. (Argued May 14, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate was standing in East Ferry street in the city of Buffalo waiting to board one of defendant's cars, which approached from the east. She signaled it, the car slowed down a little, then started rapidly ahead. After it passed intestate was found lying on the pavement with the injuries from which she died. The defense was contributory negligence.

*Harold S. Brown* for appellant.

*Charles W. Strong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: MCLAUGHLIN, J. Not sitting: CUDDEBACK, J.